Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone   (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

BETTY JOREEN NICKERSON

CASE NO. 09-70434-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 2622 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date: _9/24/2009_   Orig. Time: _3:00 PM_   Reset Date: _____   Reset Time: _____

B. Meeting Results: _Adjourned_

C. Debtor(s): _Debtor 1 Appeared_

D. Attorney for Debtor(s): _Appeared_

E. Creditor Appearance: _None_

F. Amount Paid to the Trustee as of _9/25/2009_ _$188.00_   First Payment Due Date: _9/26/2009_

G. File Trustee's Motion to Dismiss because

H. B22C Information:   B22C Form is: _Complete_

    Budgeted Income: _$3,205.84_   Expense: _$3,017.84_   Surplus: _$188.00_

    Plan Payment: _$188.00_ _Monthly_   Plan Term(Months): _60_

I. Value of Non-Exempt Property: _$10,046.00_   Proposed Amount to Unsecured Creditors: _$0.00_

    ___ Objection to Exemption of:

    ___ Repeat Filing (If case dismissed, it should be with prejudice) Previous Case Numbers:

    ___ Object to Invoke Stay Pleading

    ___ Case Converted from Chapter 7, Bar Date Set: _12/23/2009_   Date Converted from Chapter 7:

J. Required Information: _Good_

K. Business Information:

L. Object to Confirmation: _Yes_

    Non-exempt can't be determined until schedule b is amended
    Feasibility, can't be determined until non-exempt is determined

M. Financial Management Class: _Debtor 1 Appeared_

N. Eligibility:

    Certificate of Credit Counseling Filed: _Debtor 1 Only_

    Credit Counseling Provider Approved: _Yes_

    Debt Limits Exceeded (Secured-$1,010,650; Unsecured-$336,900): _No_

O. Domestic Support Obligation: _$0.00_   Current: _____   Arrears: _$0.00_

    Affidavit and Disclosure of Domestic Support Obligations Received: _Yes_

P. Remarks:   Questions
    -Sch B states only $150 in all bank accounts at filing?
    -8/21/09 balance of $4,911 for account 7015 alone.
    -Please provide bank statements showing date of filing for checking & savings accts 7015 & 1815
    -
    Objection
    -Non-exempt can't be determined until schedule b is amended.
    -Feasibility, can't be determined until non-exempt is determined.

Dated: _9/24/2009_

/s/ Walter O'Cheskey
_____
Standing Bankruptcy Trustee
By:    Brent Hagan

| Case Number: | 09-70434 Page 2 of 3 | | | | |
|---|---|---|---|---|---|
| Debtor: | Nickerson | | | | |
| Attorney: | MJW | | | | |
| Presiding Officer: | Brent Hagan | | | | |
| Calculation Date: | | | | | 9/23/2009 13:15 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | | $0.00 |
|---|---|---|
| Noticing Fees | $41.36 | $41.36 |
| Clerk Filing Fees | $0.00 | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | |
|---|---|---|---|
| Chapter 7 Minimum (Gross) | $10,046.00 | | |
| Less Trustee Fees | $1,004.60 | | |
| Less Attorney Fees | $0.00 | | |
| Less Noticing Fees | $41.36 | Greater Of --------> | $9,000.04 |
| Less Clerk Filing Fees | $0.00 | | |
| Less Scheduled Priority Claims | $0.00 | | |
| Less Other (Explain Below) | $0.00 | | |
| Chapter 7 Minimum (Net) | $9,000.04 | <-------------- | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $82,660.00 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $10,041.40 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $11,280.00 |
| Surplus (Debtor Plan Base - Calculated Base) | $1,238.60 |

**Comments:**

| Case Number: | 0 | |
|---|---|---|
| Debtor: | 0 | |
| Attorney: | 0 | |
| Presiding Officer: | 0 | |
| Calculation Date: | | 9/23/2009 13:15 |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | $0.00 |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustment out | | $0.00 |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 60 |
| **Minimum to Unsecureds** | | $0.00 |

**Comments:**

Version 1.02 Last Revised: 11/26/2007